# ELECTRONIC RECORD

*507-15*
*508-15*

COA # 06-14-00066-CR          OFFENSE: 22.021

STYLE: William Jason Pugh v. The State of Texas          COUNTY: Wood

COA DISPOSITION: Affirmed          TRIAL COURT: 402nd Judicial District Court

DATE: 4/15/15          Publish: No   TC CASE #: 22,041-2013

## IN THE COURT OF CRIMINAL APPEALS

*507-15*
*508-15*

STYLE: William Jason Pugh v. The State of Texas          CCA #: *508-15*

_____ PRO SE _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: 09/16/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

------------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**